IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE:                                            :
                                                  :
Application for Exemption from the                :       MISC NO.
Electronic Public Access Fees by                  :
Kate Stith, Lafayette S. Foster Professor of      :
Law, Yale Law School                              :       **18 MISC 0057**
                                                  :
                              ORDER



This matter is before the Court upon the application and request by Kate Stith, Lafayette S. Foster Professor of Law, Yale Law School, for exemption from the fees imposed by the Electronic Public Access Fee Scheduled adopted by the Judicial Conference of the United States Courts.

The court finds that Professor Kate Stith has demonstrated that an exception is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Professor Kate Stith shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of performing academic research to further a study of filings of prior felony enhancement motions under 21 U.S.C. § 851. Professor Stith shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Additionally, the following limitations shall apply:

1. This fee exemption applies only to Professor Kate Stith and is valid only for the purposes stated above;
2. The fee exemption is non-transferrable;
3. The data obtained as a result of the fee exempt access may not be sold for profit;
4. The account holder is responsible for preventing unauthorized use of the login and password;
5. The account holder must notify the PACER Service Center immediately at (800) 676-6856 if she believes there has been unauthorized use of the account;
6. Account usage may be monitored to ensure that the amount of usage is consistent with this fee exemption;
7. This exemption is valid for the 12-month period of February 12, 2018 to February 11, 2019; and

The Court may terminate the fee exemption at any time. A copy of this Order shall be sent to the PACER Service Center.

Date: *13 February*, 2018

Colleen McMahon, Chief Judge